UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US INVENTOR INC., <br><br>         *Plaintiff,* <br>   v. <br><br> U.S. PATENT AND TRADEMARK OFFICE, <br><br>         *Defendant.* | Civil Action No. 21-2894 (TSC) |

### PLAINTIFF US INVENTOR INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and LCvR7, Plaintiff US Inventor Inc. ("Plaintiff" or "US Inventor"), through its undersigned counsel, respectfully files this Motion for Summary Judgment. As set forth more fully in Plaintiff's attached Memorandum in Support of Motion for Summary Judgment, Defendant U.S. Patent and Trademark Office ("Defendant" or "PTO") has failed to produce documents, or otherwise provide sufficient explanation and a *Vaughn* Index explaining why any responsive documents were withheld, as required by the properly filed FOIA request. US Inventor thus respectfully requests that the Court grant US Inventor's Motion for Summary Judgment, and enter the Proposed Order attached to this Motion. US Inventor also requests that the Court set a date for a hearing on this Motion.

Dated: September 2, 2022            Respectfully submitted,

                                    */s/Brian Medich*
                                    Brian Medich
                                    D.C. Bar #1671486
                                    Dunlap Bennett & Ludwig PLLC
                                    1200 G. St. NW
                                    Suite 800
                                    Washington, DC 20005
                                    (571) 919-6734
                                    bmedich@dbllawyers.com

                                    *Attorney for Plaintiff*
                                    *US Inventor*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on September 2, 2022, the foregoing Motion for Summary Judgment was electronically filed using the Court's CM/ECF system and served via the Court's system on all counsel who have consented to electronic service.

*/s/ Brian Medich*
Brian Medich